HEATHER M. SAGER (SBN 186566)
hsager@vedderprice.com
CHRISTOPHER A. BRAHAM (SBN 293367)
cbraham@vedderprice.com

Attorneys for Defendant
DSC LOGISTICS, INC.

JOSEPH M. LOVRETOVICH (SBN 73403)
jml@jmllaw.com
ERIC J. PALMER (SBN 231207)
eric@jmllaw.com
CHRISTINA R. MANALO, (SBN 297718)
christina@jmllaw.com

Attorneys for Plaintiff
JUAN RODRIGUEZ CORDERO

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RODRIGUEZ CORDERO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DSC LOGISTICS, INC., an Indiana corporation; DSC INTEGRATED LOGISTICS, INC., an Illinois corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. Case No. 5:17-cv-01326-R(SPx)<br>*[Assigned to the Hon. Manuel L. Real]*<br><br>**ORDER GRANTING RULE 41 STIPULATION FOR DISMISSAL WITH PREJUDICE** |

1     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2     Pursuant to the Stipulation submitted by the parties in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Court rules as follows:

    The above captioned action is dismissed with prejudice, with each party to bear its respective costs and attorneys' fees.

    IT IS SO ORDERED.

DATED: January 22, 2018

By: _____
       Hon. Manuel L. Real
       United States District Court
       State Of California